■ Lois M. Dakin, as Executrix of Edward L. Dakin, Deceased, Appellant, v Bert Whitman, Individually and Doing Business As Bert Whitman Insurance Agency and Dakin Agency, Inc., Respondent.—Appeal unanimously dismissed, without costs, on stipulation. (Appeal from order of Monroe Supreme Court—examination before trial.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.